EXHIBIT
A

## IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
## IN AND FOR LEE COUNTY, FLORIDA

ELAINE DESIMONE and SCOTT DESIMONE,

        Plaintiffs,

v.

FIRST PROTECTIVE INSURANCE COMPANY
D/B/A FRONTLINE INSURANCE COMPANY, a
Florida corporation,

        Defendant.

_____/

**GENERAL JURISDICTION DIVISION**
**CASE NO.**

## COMPLAINT FOR BREACH OF CONTRACT

COMES NOW, Elaine DeSimone and Scott Desimone ("Plaintiffs"), by and through the undersigned counsel, and hereby sue First Protective Insurance Company d/b/a Frontline Insurance Company ("Defendant"), and in support thereof state the following:

1.      This is an action for breach of an insurance contract and for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and fees.

2.      Plaintiffs are a married couple who own the property and reside at 8761 Timber Run Ct, Fort Myers, 33908 FL, US (the "Property"). *Plaintiffs are sui juris.*

3.      Upon information and belief, Defendant is a Florida corporation doing business in Florida from a principal office located at 7131 Business Park Lane, Suite 300, Lake Mary, FL 32795.

4.      Defendant regularly conducts business in Lee County, Florida.

5.      Defendant agreed to insure the Property under First Protective Insurance Company d/b/a Frontline Insurance Company Policy Number F-2021-12-10897-000105375.

6.      A true and correct copy of the Policy is in the control of Defendant.[1] Plaintiff hereby incorporates by reference the Policy, of which Defendant is fully aware of the terms and conditions and anticipates Defendant will comply with the discovery request served herewith to product the Policy.[2]

7.      At all times material hereto, in consideration of a premium paid by Plaintiffs, the Policy was in full force and effect.

8.      On or about September 28, 2022, the Property suffered a direct, physical loss, resulting in severe damage, caused by a covered peril – specifically, flood damage from Hurricane Ian (the "Loss") – with an estimated cost to repair of $160,780.39 (the "Damages Estimate"). A true and correct copy of the Damages Estimate is attached hereto and incorporated herein as **Exhibit "A"**.

9.      Plaintiffs submitted a claim seeking coverage under the Policy for the damage sustained by the Loss.

10.      Defendant assigned claim number 0000105375 to the Loss (the "Claim").

11.      After conducting its investigation of the Claim, Defendant admitted coverage for the Loss and issued a small payment to Plaintiffs ("Coverage Letter"). A true and correct copy of the Coverage Letter is attached hereto and incorporated herein as **Exhibit "B"**.

---

[1] Plaintiff's counsel requested a copy of the Policy from the insurer via letters sent on 11/04/2022 and 2/28/2023, as well as phone calls, to no avail.  Defendant has implicitly or affirmatively refused each of Plaintiff's request to obtain a copy of the Policy.

[2] Pursuant to Florida Rule of Civil Procedure 1.130(a), Plaintiff incorporates by reference the Policy to this pleading.  Defendant is sufficiently apprised of the nature and extent of the cause of action, as Defendant is well aware of the nature and extent of this cause of action (namely a breach of contract claim) and is in possession of the incorporated Policy, which it wrongly refused to produce following proper request.

eFiled Lee County Clerk of Courts Page 2

12.    Plaintiffs have lost meaningful use and enjoyment of the Property as it remains damaged and unrepaired.

13.    Defendant has failed and refused to provide Plaintiffs with full coverage or payment for the damages stemming from the Loss, in accordance with the terms of the Policy.

14.    Plaintiffs have been obligated to retain the undersigned attorneys for the prosecution of this action and related efforts to enforce the Policy and are entitled to reasonable attorney's fees pursuant to Florida Statutes §§ 626.9373 and/or 627.428.

15.    All conditions precedent to the filing of this lawsuit have occurred or have otherwise been satisfied.

## COUNT I - BREACH OF CONTRACT

16.    Plaintiffs reallege and incorporate all of the above in support of this count.

17.    The Policy is a valid written contract between Plaintiffs and Defendant, wherein Plaintiffs agreed to pay a premium and Defendant agreed to insure the Property.

18.    Plaintiffs paid all premiums due under the Policy and fully performed their obligations under the Policy.

19.    Under the Policy, Defendant was obligated to fully pay the claim for damages, which were covered by the Policy.

20.    Defendant has refused to pay the full amounts due under the Policy.

21.    Defendant breached the contract by repudiating its obligations to Plaintiffs and denying Plaintiffs the benefits of the Policy.

22.    At all times material hereto, Plaintiffs have satisfied all post-loss obligations under the Policy.

23.    As a result of Defendant's breach of the contract, Plaintiffs have suffered and

continue to suffer damages.

 **WHEREFORE**, Plaintiffs respectfully request this Honorable Court award a judgment for damages against Defendant for breaching the contract by wrongfully denying full coverage and payment under the Policy and for any additional relief as permitted by law and as this Honorable Court deems appropriate, including interest, costs, attorney's fees pursuant to Florida Statutes §§ 626.9373 or 627.428, and all equitable remedies or other relief that may be appropriate.

### **<u>DEMAND FOR JURY TRIAL</u>**

 24. Plaintiffs, pursuant to the Rules of Civil Procedure, hereby demand trial by jury on all issues so triable.

### **<u>DESIGNATION OF ATTORNEY E-MAIL ADDRESS PURSUANT TO RULE 2.516</u>**

 The Professional Law Group, PLLC hereby designates the following email addresses for the purpose of service of all documents required to be served via email in this proceeding:

| | |
|---|---|
| Primary email address: | dustineservice@theprolawgroup.com |
| Secondary email address: | dhite@theprolawgroup.com |

Dated: April 21, 2023.

      Respectfully submitted,

      *<u>/s/ Dustin Hite, Esq.</u>*
      The Professional Law Group, PLLC
      Dustin Hite, Esq.
      Florida Bar No. 1002251
      4600 Sheridan St., Suite 303
      Hollywood, FL 33021
      Tel.  (954) 284-0900
      Fax.  (954) 284-0747
      E-mail: dhite@theprolawgroup.com
      E-mail: dustineservice@theprolawgroup.com
      *Attorneys for Plaintiffs, Elaine DeSimone and Scott Desimone*

EXHIBIT "A"

 **Compass Estimates**

| | | | |
|---|---|---|---|
| Insured: | Elaine DeSimone & Scott DeSimone | Home: | (732) 915-5938 |
| Property: | 8761 Timber Run Ct | | |
| | Fort Myers, FL 33908 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | The Professional Law Group | Business: | (954) 284-0900 |
| Company: | The Professional Law Group | E-mail: | claims@theprolawgroup.com |
| Business: | 4600 Sheridan Street, Suite 303 | | |
| | Hollywood, FL 33021 | | |

**Claim Number:** 386003          **Policy Number:** 0000105375          **Type of Loss:** Flood

| | | | |
|---|---|---|---|
| Date of Loss: | 9/28/2022 12:00 AM | Date Received: | |
| Date Inspected: | 10/22/2022 12:00 AM | Date Entered: | 12/14/2022 3:14 PM |

| | |
|---|---|
| Price List: | FLFM8X_DEC22 |
| | Restoration/Service/Remodel |
| Estimate: | DESIMONE_(FLOOD) |

The Estimator conducted a non-invasive inspection of the Subject property. To the best of the Estimator's knowledge, this estimate for repairs and/or replacement has been prepared using the latest pricing available, is based on observed damage at the time of inspection and/or information reported to the Estimator by the Insured(s) and/or reasonable assumptions of damage, labor, cleaning, equipment, etc. In addition, the Date of Loss, Cause of Loss and areas of damages associated with said loss were not determined by the Estimator, but rather, were reported to the Estimator by the Insured and/or dwelling occupants and/or Engineering Report provided to the Estimator. Additional latent defects and hidden damages may be present. If additional damages and/or latent defects are discovered, or you feel that all of the damages were not addressed, please contact your Claim Representative for further assistance. No supplements shall be approved without prior approval. Any errors, oversights, omissions, etc. will be corrected as soon as they are brought to the Estimators attention. Any errors, oversights, omissions, etc. do not constitute any misrepresentation on the part of the Estimator. It is merely a mistake that will be corrected in a timely manner. Pursuant to Florida Statute 817.234 any person who knowingly and with the intent to injure, defraud, or deceive any insurer, files a statement of claim or an application containing any false, incomplete or misleading information, is guilty of a felony of the third degree.



## Compass Estimates

**DESIMONE_(FLOOD)**

**Main Level**



**Garage**                                                                                      **Height: 12'**

| | |
|---|---|
| 1,034.00 SF Walls | 461.67 SF Ceiling |
| 1,495.67 SF Walls & Ceiling | 461.67 SF Floor |
| 51.30 SY Flooring | 86.17 LF Floor Perimeter |
| 86.17 LF Ceil. Perimeter | |



**Subroom:  Garage Closet (1)**                                                      **Height: 9'**

| | |
|---|---|
| 267.00 SF Walls | 50.67 SF Ceiling |
| 317.67 SF Walls & Ceiling | 50.67 SF Floor |
| 5.63 SY Flooring | 29.67 LF Floor Perimeter |
| 29.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1.  Content Manipulation charge - per hour | 12.00 HR | 0.00 | 52.50 | 0.00 | 126.00 | 756.00 |
| 2.  Muck-out/Flood loss cleanup | 512.33 SF | 2.42 | 0.00 | 0.00 | 247.96 | 1,487.80 |
| 3.  Clean/disinfect concrete floor - Heavy | 512.33 SF | 0.00 | 0.80 | 0.33 | 82.04 | 492.23 |
| 4.  Apply plant-based anti-microbial agent to the floor | 512.33 SF | 0.00 | 0.34 | 1.67 | 35.18 | 211.04 |
| 5.  Paint the walls - two coats | 1,301.00 SF | 0.00 | 1.18 | 26.22 | 312.28 | 1,873.68 |
| 6.  R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | 51.48 | 930.43 | 58.50 | 208.08 | 1,248.49 |
| 7.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 37.79 | 0.78 | 15.28 | 91.64 |
| 8.  Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 45.52 | 1.33 | 18.46 | 110.83 |
| 9.  R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 33.09 | 509.78 | 25.53 | 113.68 | 682.08 |
| 10.  R&R Door lockset - exterior | 1.00 EA | 19.30 | 55.87 | 1.99 | 15.44 | 92.60 |
| 11.  R&R Interior door unit | 1.00 EA | 28.95 | 342.29 | 17.18 | 77.70 | 466.12 |
| 12.  Door knob/lockset - Detach & reset | 1.00 EA | 0.00 | 28.94 | 0.00 | 5.78 | 34.72 |
| 13.  R&R Overhead (garage) door opener - sensors only (per pair) | 1.00 EA | 19.30 | 85.53 | 3.15 | 21.60 | 129.58 |
| 14.  Final cleaning - construction - Residential | 512.33 SF | 0.00 | 0.33 | 0.00 | 33.82 | 202.89 |

DESIMONE_(FLOOD)                                                    12/14/2022                    Page: 2



## Compass Estimates

**CONTINUED - Garage**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Garage | | | | 136.68 | 1,313.30 | 7,879.70 |



**Laundry Room**  Height: 9'

313.50 SF Walls | 73.71 SF Ceiling
387.21 SF Walls & Ceiling | 73.71 SF Floor
8.19 SY Flooring | 73.71 SF Floor
34.83 LF Ceil. Perimeter | 34.83 LF Floor Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. Content Manipulation charge - per hour | 1.50 HR | 0.00 | 52.50 | 0.00 | 15.76 | 94.51 |
| 16. Mask wall - plastic, paper, tape (per LF) | 34.83 LF | 0.00 | 1.88 | 0.61 | 13.22 | 79.31 |
| 17. Washer/Washing machine - Remove & reset | 1.00 EA | 0.00 | 54.80 | 0.00 | 10.96 | 65.76 |
| 18. Dryer - Remove & reset | 1.00 EA | 0.00 | 42.25 | 0.00 | 8.46 | 50.71 |
| 19. R&R Cabinetry - lower (base) units | 3.00 LF | 11.59 | 271.54 | 42.69 | 178.42 | 1,070.50 |
| 20. Countertop - solid surface/granite - Detach & reset | 8.00 SF | | 44.49 | 0.04 | 71.18 | 427.14 |
| 21. Sink - undermount - Detach & reset | 1.00 EA | 0.00 | 310.12 | 0.10 | 62.04 | 372.26 |
| 22. Clean/disinfect concrete floor - Heavy | 73.71 SF | 0.00 | 0.80 | 0.05 | 11.82 | 70.84 |
| 23. Apply plant-based anti-microbial agent to the floor | 73.71 SF | 0.00 | 0.34 | 0.24 | 5.06 | 30.36 |
| 24. Additional labor to remove tile from concrete slab | 73.71 SF | 2.57 | 0.00 | 0.00 | 37.88 | 227.31 |
| 25. R&R Tile floor covering - High grade | 73.71 SF | 3.86 | 12.47 | 33.87 | 247.52 | 1,485.07 |
| 26. R&R Baseboard - 5 1/4" | 34.83 LF | 0.78 | 5.66 | 6.38 | 46.14 | 276.83 |
| 27. Seal & paint baseboard, oversized - three coats | 34.83 LF | 0.00 | 2.75 | 0.66 | 19.30 | 115.74 |
| 28. R&R 1/2" - drywall per LF - up to 2' tall | 34.83 LF | 3.46 | 13.25 | 3.44 | 117.08 | 702.53 |
| 29. Texture drywall - smooth / skim coat | 313.50 SF | 0.00 | 1.92 | 2.65 | 120.92 | 725.49 |
| 30. Texture drywall - machine - knockdown | 313.50 SF | 0.00 | 1.12 | 1.02 | 70.42 | 422.56 |
| 31. Seal/prime then paint the walls twice (3 coats) | 313.50 SF | 0.00 | 1.58 | 7.54 | 100.56 | 603.43 |



## Compass Estimates

**CONTINUED - Laundry Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 32. Final cleaning - construction - Residential | 73.71 SF | 0.00 | 0.33 | 0.00 | 4.86 | 29.18 |
| Totals: Laundry Room | | | | 99.29 | 1,141.60 | 6,849.53 |



**Dining Room**                                                                    **Height: 8'**

| | |
|---|---|
| 345.07 SF Walls | 178.29 SF Ceiling |
| 523.36 SF Walls & Ceiling | 178.29 SF Floor |
| 19.81 SY Flooring | 41.11 LF Floor Perimeter |
| 53.27 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | **6' 9" X 6' 8"** | **Opens into GREAT_ROOM** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **5' 5" X 6' 8"** | **Opens into KITCHEN_NOOK** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 33. Content Manipulation charge - per hour | 2.00 HR | 0.00 | 52.50 | 0.00 | 21.00 | 126.00 |
| 34. Mask wall - plastic, paper, tape (per LF) | 53.27 LF | 0.00 | 1.88 | 0.93 | 20.22 | 121.30 |
| 35. Clean/disinfect concrete floor - Heavy | 178.29 SF | 0.00 | 0.80 | 0.12 | 28.54 | 171.29 |
| 36. Apply plant-based anti-microbial agent to the floor | 178.29 SF | 0.00 | 0.34 | 0.58 | 12.24 | 73.44 |
| 37. Additional labor to remove tile from concrete slab | 178.29 SF | 2.57 | 0.00 | 0.00 | 91.64 | 549.85 |
| 38. R&R Tile floor covering - High grade | 178.29 SF | 3.86 | 12.47 | 81.93 | 598.68 | 3,592.09 |
| 39. R&R Baseboard - 5 1/4" | 41.11 LF | 0.78 | 5.66 | 7.54 | 54.46 | 326.75 |
| 40. Seal & paint baseboard, oversized - three coats | 41.11 LF | 0.00 | 2.75 | 0.77 | 22.78 | 136.60 |
| 41. R&R 1/2" - drywall per LF - up to 2' tall | 41.11 LF | 3.46 | 13.25 | 4.06 | 138.20 | 829.21 |
| 42. Texture drywall - smooth / skim coat | 345.07 SF | 0.00 | 1.92 | 2.92 | 133.08 | 798.53 |
| 43. Texture drywall - machine - knockdown | 345.07 SF | 0.00 | 1.12 | 1.12 | 77.52 | 465.12 |
| 44. Seal/prime then paint the walls twice (3 coats) | 345.07 SF | 0.00 | 1.58 | 8.30 | 110.70 | 664.21 |
| 45. Final cleaning - construction - Residential | 178.29 SF | 0.00 | 0.33 | 0.00 | 11.76 | 70.60 |
| Totals: Dining Room | | | | 108.27 | 1,320.82 | 7,924.99 |

DESIMONE_(FLOOD)                                              12/14/2022          Page: 4



**Compass Estimates**





| Master Bathroom | | Height: 9' |
|---|---|---|
| 472.50 SF Walls | 133.61 SF Ceiling | |
| 606.11 SF Walls & Ceiling | 133.61 SF Floor | |
| 14.85 SY Flooring | 52.50 LF Floor Perimeter | |
| 52.50 LF Ceil. Perimeter | | |

| Subroom: Water Closet (1) | | Height: 9' |
|---|---|---|
| 189.00 SF Walls | 22.50 SF Ceiling | |
| 211.50 SF Walls & Ceiling | 22.50 SF Floor | |
| 2.50 SY Flooring | 21.00 LF Floor Perimeter | |
| 21.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 46. Content Manipulation charge - per hour | 2.00 HR | 0.00 | 52.50 | 0.00 | 21.00 | 126.00 |
| 47. Mask wall - plastic, paper, tape (per LF) | 73.50 LF | 0.00 | 1.88 | 1.29 | 27.90 | 167.37 |
| 48. R&R Vanity | 6.00 LF | 11.59 | 244.35 | 74.77 | 322.08 | 1,932.49 |
| 49. Countertop - solid surface/granite - Detach & reset | 18.00 SF | 0.00 | 44.49 | 0.08 | 160.18 | 961.08 |
| 50. Sink - undermount - Detach & reset | 1.00 EA | 0.00 | 310.12 | 0.10 | 62.04 | 372.26 |
| 51. Toilet - Detach & reset | 1.00 EA | 0.00 | 304.44 | 0.55 | 61.00 | 365.99 |
| 52. R&R Plumbing fixture supply line | 3.00 EA | 7.72 | 23.82 | 1.34 | 19.20 | 115.16 |
| 53. Towel bar - Detach & reset | 1.00 EA | 0.00 | 21.34 | 0.00 | 4.26 | 25.60 |
| 54. Clean/disinfect concrete floor - Heavy | 156.11 SF | 0.00 | 0.80 | 0.10 | 25.00 | 149.99 |
| 55. Apply plant-based anti-microbial agent to the floor | 156.11 SF | 0.00 | 0.34 | 0.51 | 10.72 | 64.31 |
| 56. Additional labor to remove tile from concrete slab | 156.11 SF | 2.57 | 0.00 | 0.00 | 80.24 | 481.44 |
| 57. R&R Tile floor covering - High grade | 156.11 SF | 3.86 | 12.47 | 71.74 | 524.20 | 3,145.21 |
| 58. R&R Baseboard - 5 1/4" | 73.50 LF | 0.78 | 5.66 | 13.47 | 97.36 | 584.17 |
| 59. Seal & paint baseboard, oversized - three coats | 73.50 LF | 0.00 | 2.75 | 1.39 | 40.70 | 244.22 |
| 60. R&R 1/2" - drywall per LF - up to 2' tall | 73.50 LF | 3.46 | 13.25 | 7.26 | 247.10 | 1,482.55 |
| 61. Texture drywall - smooth / skim coat | 661.50 SF | 0.00 | 1.92 | 5.59 | 255.14 | 1,530.81 |



**Compass Estimates**

### CONTINUED - Master Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 62.  Texture drywall - machine - knockdown | 661.50 SF | 0.00 | 1.12 | 2.15 | 148.62 | 891.65 |
| 63.  Seal/prime then paint the walls twice (3 coats) | 661.50 SF | 0.00 | 1.58 | 15.91 | 212.22 | 1,273.30 |
| 64.  Final cleaning - construction - Residential | 156.11 SF | 0.00 | 0.33 | 0.00 | 10.30 | 61.82 |
| Totals:  Master Bathroom | | | | 196.25 | 2,329.26 | 13,975.42 |



**Master Bedroom**  Height: 9'

581.10  SF Walls  256.77  SF Ceiling
837.87  SF Walls & Ceiling  256.77  SF Floor
28.53  SY Flooring  64.57  LF Floor Perimeter
64.57  LF Ceil. Perimeter



**Subroom:  Master Closet (1)**  Height: 9'

249.00  SF Walls  35.15  SF Ceiling
284.15  SF Walls & Ceiling  35.15  SF Floor
3.91  SY Flooring  27.67  LF Floor Perimeter
27.67  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 65.  Content Manipulation charge - per hour | 5.00 HR | 0.00 | 52.50 | 0.00 | 52.50 | 315.00 |
| 66.  Mask wall - plastic, paper, tape (per LF) | 92.23 LF | 0.00 | 1.88 | 1.62 | 35.00 | 210.01 |
| 67.  Clean/disinfect concrete floor - Heavy | 291.92 SF | 0.00 | 0.80 | 0.19 | 46.74 | 280.47 |
| 68.  Apply plant-based anti-microbial agent to the floor | 291.92 SF | 0.00 | 0.34 | 0.95 | 20.06 | 120.26 |
| 69.  R&R Engineered wood flooring | 291.92 SF | 3.62 | 10.33 | 119.16 | 838.30 | 5,029.74 |
| 70.  R&R Baseboard - 5 1/4" | 92.23 LF | 0.78 | 5.66 | 16.91 | 122.16 | 733.03 |
| 71.  Seal & paint baseboard, oversized - three coats | 92.23 LF | 0.00 | 2.75 | 1.74 | 51.06 | 306.43 |
| 72.  R&R 1/2" - drywall per LF - up to 2' tall | 92.23 LF | 3.46 | 13.25 | 9.11 | 310.06 | 1,860.34 |
| 73.  Texture drywall - smooth / skim coat | 830.10 SF | 0.00 | 1.92 | 7.01 | 320.16 | 1,920.96 |

DESIMONE_(FLOOD)  12/14/2022  Page: 6

 **Compass Estimates**

**CONTINUED - Master Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 74.  Texture drywall - machine - knockdown | 830.10 SF | 0.00 | 1.12 | 2.70 | 186.48 | 1,118.89 |
| 75.  Seal/prime then paint the walls twice (3 coats) | 830.10 SF | 0.00 | 1.58 | 19.96 | 266.32 | 1,597.84 |
| 76.  Final cleaning - construction - Residential | 291.92 SF | 0.00 | 0.33 | 0.00 | 19.26 | 115.59 |
| Totals:  Master Bedroom | | | | 179.35 | 2,268.10 | 13,608.56 |



**Kitchen/Nook**                                       **Height: 8'**

| | | |
|---|---|---|
| 594.01  SF Walls | 373.70  SF Ceiling | |
| 967.70  SF Walls & Ceiling | 373.70  SF Floor | |
| 41.52  SY Flooring | 72.33  LF Floor Perimeter | |
| 83.83  LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**      6' 1" X 6' 8"          Opens into GREAT_ROOM
**Missing Wall - Goes to Floor**      5' 5" X 6' 8"          Opens into DINING_ROOM

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 77.  Content Manipulation charge - per hour | 4.00 HR | 0.00 | 52.50 | 0.00 | 42.00 | 252.00 |
| 78.  Mask wall - plastic, paper, tape (per LF) | 83.83 LF | 0.00 | 1.88 | 1.47 | 31.82 | 190.89 |
| 79.  R&R Cabinetry - lower (base) units - High grade | 15.00 LF | 11.59 | 324.31 | 264.88 | 1,060.70 | 6,364.00 |
| 80.  Countertop - solid surface/granite - Detach & reset | 45.00 SF | 0.00 | 44.49 | 0.20 | 400.46 | 2,402.71 |
| 81.  Refrigerator - Remove & reset | 1.00 EA | 0.00 | 56.32 | 0.00 | 11.26 | 67.58 |
| 82.  Range - electric - Remove & reset | 1.00 EA | 0.00 | 42.25 | 0.00 | 8.46 | 50.71 |
| 83.  Dishwasher - Detach & reset | 1.00 EA | 0.00 | 292.03 | 0.00 | 58.40 | 350.43 |
| 84.  Clean/disinfect concrete floor - Heavy | 373.70 SF | 0.00 | 0.80 | 0.24 | 59.84 | 359.04 |
| 85.  Apply plant-based anti-microbial agent to the floor | 373.70 SF | 0.00 | 0.34 | 1.21 | 25.66 | 153.93 |
| 86.  Additional labor to remove tile from concrete slab | 373.70 SF | 2.57 | 0.00 | 0.00 | 192.08 | 1,152.49 |
| 87.  R&R Tile floor covering - High grade | 373.70 SF | 3.86 | 12.47 | 171.73 | 1,254.84 | 7,529.09 |
| 88.  R&R Baseboard - 5 1/4" | 72.33 LF | 0.78 | 5.66 | 13.26 | 95.82 | 574.89 |
| 89.  Seal & paint baseboard, oversized - three coats | 72.33 LF | 0.00 | 2.75 | 1.36 | 40.06 | 240.33 |

DESIMONE_(FLOOD)                                      12/14/2022          Page: 7





**Compass Estimates**

### CONTINUED - Kitchen/Nook

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 90.  R&R 1/2" - drywall per LF - up to 2' tall | 72.33 LF | 3.46 | 13.25 | 7.15 | 243.18 | 1,458.96 |
| 91.  Texture drywall - smooth / skim coat | 594.01 SF | 0.00 | 1.92 | 5.02 | 229.10 | 1,374.62 |
| 92.  Texture drywall - machine - knockdown | 594.01 SF | 0.00 | 1.12 | 1.93 | 133.44 | 800.66 |
| 93.  Seal/prime then paint the walls twice (3 coats) | 594.01 SF | 0.00 | 1.58 | 14.29 | 190.56 | 1,143.39 |
| 94.  Final cleaning - construction - Residential | 373.70 SF | 0.00 | 0.33 | 0.00 | 24.66 | 147.98 |

| | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals:  Kitchen/Nook | | | | 482.74 | 4,102.34 | 24,613.78 |



| Great Room | | | | | | Height: 10' |
|---|---|---|---|---|---|---|

|  | |
|---|---|
| 774.87  SF Walls | 412.87  SF Ceiling |
| 1,187.74  SF Walls & Ceiling | 412.87  SF Floor |
| 45.87  SY Flooring | 73.21  LF Floor Perimeter |
| 86.04  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | 6' 9" X 6' 8" | Opens into DINING_ROOM |
|---|---|---|
| **Missing Wall - Goes to Floor** | 6' 1" X 6' 8" | Opens into KITCHEN_NOOK |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 95.  Content Manipulation charge - per hour | 6.00 HR | 0.00 | 52.50 | 0.00 | 63.00 | 378.00 |
| 96.  Mask wall - plastic, paper, tape (per LF) | 86.04 LF | 0.00 | 1.88 | 1.51 | 32.66 | 195.93 |
| 97.  Clean/disinfect concrete floor - Heavy | 412.87 SF | 0.00 | 0.80 | 0.27 | 66.12 | 396.69 |
| 98.  Apply plant-based anti-microbial agent to the floor | 412.87 SF | 0.00 | 0.34 | 1.34 | 28.34 | 170.06 |
| 99.  Additional labor to remove tile from concrete slab | 412.87 SF | 2.57 | 0.00 | 0.00 | 212.22 | 1,273.30 |
| 100.  R&R Tile floor covering - High grade | 412.87 SF | 3.86 | 12.47 | 189.73 | 1,386.38 | 8,318.28 |
| 101.  R&R Baseboard - 5 1/4" | 73.21 LF | 0.78 | 5.66 | 13.42 | 96.98 | 581.87 |
| 102.  Seal & paint baseboard, oversized - three coats | 73.21 LF | 0.00 | 2.75 | 1.38 | 40.54 | 243.25 |
| 103.  R&R 1/2" - drywall per LF - up to 2' tall | 73.21 LF | 3.46 | 13.25 | 7.23 | 246.10 | 1,476.67 |
| 104.  Texture drywall - smooth / skim coat | 774.87 SF | 0.00 | 1.92 | 6.55 | 298.88 | 1,793.18 |



## Compass Estimates

**CONTINUED - Great Room**

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 105. Texture drywall - machine - knockdown | 774.87 | SF | 0.00 | 1.12 | 2.52 | 174.08 | 1,044.45 |
| 106. Seal/prime then paint the walls twice (3 coats) | 774.87 | SF | 0.00 | 1.58 | 18.64 | 248.58 | 1,491.51 |
| 107. Final cleaning - construction - Residential | 412.87 | SF | 0.00 | 0.33 | 0.00 | 27.26 | 163.51 |
| Totals: Great Room | | | | | 242.59 | 2,921.14 | 17,526.70 |



| **Office** | | | | **Height: 10'** |
|---|---|---|---|---|

|  |  |
|---|---|
| 480.13 SF Walls | 144.87 SF Ceiling |
| 625.00 SF Walls & Ceiling | 144.87 SF Floor |
| 16.10 SY Flooring | 48.01 LF Floor Perimeter |
| 48.01 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 108. Content Manipulation charge - per hour | 5.00 | HR | 0.00 | 52.50 | 0.00 | 52.50 | 315.00 |
| 109. Mask wall - plastic, paper, tape (per LF) | 48.01 | LF | 0.00 | 1.88 | 0.84 | 18.22 | 109.32 |
| 110. Clean/disinfect concrete floor - Heavy | 144.87 | SF | 0.00 | 0.80 | 0.09 | 23.20 | 139.19 |
| 111. Apply plant-based anti-microbial agent to the floor | 144.87 | SF | 0.00 | 0.34 | 0.47 | 9.96 | 59.69 |
| 112. R&R Engineered wood flooring | 144.87 | SF | 3.62 | 10.33 | 59.14 | 416.00 | 2,496.08 |
| 113. R&R Baseboard - 5 1/4" | 48.01 | LF | 0.78 | 5.66 | 8.80 | 63.60 | 381.59 |
| 114. Seal & paint baseboard, oversized - three coats | 48.01 | LF | 0.00 | 2.75 | 0.90 | 26.58 | 159.51 |
| 115. R&R 1/2" - drywall per LF - up to 2' tall | 48.01 | LF | 3.46 | 13.25 | 4.74 | 161.38 | 968.36 |
| 116. Texture drywall - smooth / skim coat | 480.13 | SF | 0.00 | 1.92 | 4.06 | 185.20 | 1,111.11 |
| 117. Texture drywall - machine - knockdown | 480.13 | SF | 0.00 | 1.12 | 1.56 | 107.88 | 647.19 |
| 118. Seal/prime then paint the walls twice (3 coats) | 480.13 | SF | 0.00 | 1.58 | 11.55 | 154.04 | 924.20 |
| 119. Final cleaning - construction - Residential | 144.87 | SF | 0.00 | 0.33 | 0.00 | 9.56 | 57.37 |
| Totals: Office | | | | | 92.15 | 1,228.12 | 7,368.61 |

DESIMONE_(FLOOD)                                                12/14/2022          Page: 9

 **Compass Estimates**



| Bedroom 2 | | Height: 10' |
|---|---|---|
| 497.55 SF Walls | | 163.34 SF Ceiling |
| 660.89 SF Walls & Ceiling | | 163.34 SF Floor |
| 18.15 SY Flooring | | 49.76 LF Floor Perimeter |
| 49.76 LF Ceil. Perimeter | | |



| Subroom:  Closet (1) | | Height: 10' |
|---|---|---|
| 210.84 SF Walls | | 25.72 SF Ceiling |
| 236.56 SF Walls & Ceiling | | 25.72 SF Floor |
| 2.86 SY Flooring | | 21.08 LF Floor Perimeter |
| 21.08 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 120.  Content Manipulation charge - per hour | 3.50 HR | 0.00 | 52.50 | 0.00 | 36.76 | 220.51 |
| 121.  Mask wall - plastic, paper, tape (per LF) | 70.84 LF | 0.00 | 1.88 | 1.24 | 26.88 | 161.30 |
| 122.  Clean/disinfect concrete floor - Heavy | 189.05 SF | 0.00 | 0.80 | 0.12 | 30.26 | 181.62 |
| 123.  Apply plant-based anti-microbial agent to the floor | 189.05 SF | 0.00 | 0.34 | 0.61 | 12.98 | 77.87 |
| 124.  R&R Engineered wood flooring | 189.05 SF | 3.62 | 10.33 | 77.17 | 542.90 | 3,257.32 |
| 125.  R&R Baseboard - 5 1/4" | 70.84 LF | 0.78 | 5.66 | 12.99 | 93.86 | 563.06 |
| 126.  Seal & paint baseboard, oversized - three coats | 70.84 LF | 0.00 | 2.75 | 1.34 | 39.22 | 235.37 |
| 127.  R&R 1/2" - drywall per LF - up to 2' tall | 70.84 LF | 3.46 | 13.25 | 7.00 | 238.14 | 1,428.88 |
| 128.  Texture drywall - smooth / skim coat | 708.39 SF | 0.00 | 1.92 | 5.99 | 273.22 | 1,639.32 |
| 129.  Texture drywall - machine - knockdown | 708.39 SF | 0.00 | 1.12 | 2.30 | 159.14 | 954.84 |
| 130.  Seal/prime then paint the walls twice (3 coats) | 708.39 SF | 0.00 | 1.58 | 17.04 | 227.26 | 1,363.56 |
| 131.  Final cleaning - construction - Residential | 189.05 SF | 0.00 | 0.33 | 0.00 | 12.48 | 74.87 |

| Totals:  Bedroom 2 | | | | 125.80 | 1,693.10 | 10,158.52 |
|---|---|---|---|---|---|---|



Compass Estimates



**Bathroom 2**                                                                 **Height: 10'**

|  |  |
|---|---|
| 309.81 SF Walls | 50.96 SF Ceiling |
| 360.77 SF Walls & Ceiling | 50.96 SF Floor |
| 5.66 SY Flooring | 30.98 LF Floor Perimeter |
| 30.98 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 132. Content Manipulation charge - per hour | 2.00 | HR | 0.00 | 52.50 | 0.00 | 21.00 | 126.00 |
| 133. Mask wall - plastic, paper, tape (per LF) | 30.98 | LF | 0.00 | 1.88 | 0.54 | 11.74 | 70.52 |
| 134. R&R Vanity | 4.00 | LF | 11.59 | 244.35 | 49.84 | 214.72 | 1,288.32 |
| 135. Countertop - solid surface/granite - Detach & reset | 12.00 | SF | 0.00 | 44.49 | 0.05 | 106.80 | 640.73 |
| 136. Sink - undermount - Detach & reset | 1.00 | EA | 0.00 | 310.12 | 0.10 | 62.04 | 372.26 |
| 137. Toilet - Detach & reset | 1.00 | EA | 0.00 | 304.44 | 0.55 | 61.00 | 365.99 |
| 138. R&R Plumbing fixture supply line | 3.00 | EA | 7.72 | 23.82 | 1.34 | 19.20 | 115.16 |
| 139. Towel bar - Detach & reset | 1.00 | EA | 0.00 | 21.34 | 0.00 | 4.26 | 25.60 |
| 140. Clean/disinfect concrete floor - Heavy | 50.96 | SF | 0.00 | 0.80 | 0.03 | 8.16 | 48.96 |
| 141. Apply plant-based anti-microbial agent to the floor | 50.96 | SF | 0.00 | 0.34 | 0.17 | 3.50 | 21.00 |
| 142. Additional labor to remove tile from concrete slab | 50.96 | SF | 2.57 | 0.00 | 0.00 | 26.20 | 157.17 |
| 143. R&R Tile floor covering - High grade | 50.96 | SF | 3.86 | 12.47 | 23.42 | 171.12 | 1,026.72 |
| 144. R&R Baseboard - 5 1/4" | 30.98 | LF | 0.78 | 5.66 | 5.68 | 41.06 | 246.25 |
| 145. Seal & paint baseboard, oversized - three coats | 30.98 | LF | 0.00 | 2.75 | 0.58 | 17.16 | 102.94 |
| 146. R&R 1/2" - drywall per LF - up to 2' tall | 30.98 | LF | 3.46 | 13.25 | 3.06 | 104.16 | 624.90 |
| 147. Texture drywall - smooth / skim coat | 309.81 | SF | 0.00 | 1.92 | 2.62 | 119.48 | 716.94 |
| 148. Texture drywall - machine - knockdown | 309.81 | SF | 0.00 | 1.12 | 1.01 | 69.60 | 417.60 |
| 149. Seal/prime then paint the walls twice (3 coats) | 309.81 | SF | 0.00 | 1.58 | 7.45 | 99.40 | 596.35 |
| 150. Final cleaning - construction - Residential | 50.96 | SF | 0.00 | 0.33 | 0.00 | 3.36 | 20.18 |
| Totals: Bathroom 2 | | | | | 96.44 | 1,163.96 | 6,983.59 |



## Compass Estimates



**Bedroom 3**                                                                                     **Height: 10'**

| | |
|---|---|
| 680.00 SF Walls | 255.39 SF Ceiling |
| 935.39 SF Walls & Ceiling | 255.39 SF Floor |
| 28.38 SY Flooring | 68.00 LF Floor Perimeter |
| 68.00 LF Ceil. Perimeter | |

**Subroom:  Closet (1)**                                                                    **Height: 10'**

| | |
|---|---|
| 221.70 SF Walls | 25.07 SF Ceiling |
| 246.78 SF Walls & Ceiling | 25.07 SF Floor |
| 2.79 SY Flooring | 22.17 LF Floor Perimeter |
| 22.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 151. Content Manipulation charge - per hour | 3.50 HR | 0.00 | 52.50 | 0.00 | 36.76 | 220.51 |
| 152. Mask wall - plastic, paper, tape (per LF) | 90.17 LF | 0.00 | 1.88 | 1.58 | 34.22 | 205.32 |
| 153. Clean/disinfect concrete floor - Heavy | 280.46 SF | 0.00 | 0.80 | 0.18 | 44.92 | 269.47 |
| 154. Apply plant-based anti-microbial agent to the floor | 280.46 SF | 0.00 | 0.34 | 0.91 | 19.26 | 115.53 |
| 155. R&R Engineered wood flooring | 280.46 SF | 3.62 | 10.33 | 114.48 | 805.40 | 4,832.30 |
| 156. R&R Baseboard - 5 1/4" | 90.17 LF | 0.78 | 5.66 | 16.53 | 119.44 | 716.66 |
| 157. Seal & paint baseboard, oversized - three coats | 90.17 LF | 0.00 | 2.75 | 1.70 | 49.94 | 299.61 |
| 158. R&R 1/2" - drywall per LF - up to 2' tall | 90.17 LF | 3.46 | 13.25 | 8.91 | 303.14 | 1,818.79 |
| 159. Texture drywall - smooth / skim coat | 901.70 SF | 0.00 | 1.92 | 7.62 | 347.78 | 2,086.66 |
| 160. Texture drywall - machine - knockdown | 901.70 SF | 0.00 | 1.12 | 2.93 | 202.56 | 1,215.39 |
| 161. Seal/prime then paint the walls twice (3 coats) | 901.70 SF | 0.00 | 1.58 | 21.69 | 289.28 | 1,735.66 |
| 162. Final cleaning - construction - Residential | 280.46 SF | 0.00 | 0.33 | 0.00 | 18.52 | 111.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Bedroom 3 | | | | 176.53 | 2,271.22 | 13,626.97 |

eFiled Lee County Clerk of Courts Page 17



## Compass Estimates

| Bathroom 3 | Height: 10' |
|---|---|
| 343.53  SF Walls | 57.21  SF Ceiling |
| 400.74  SF Walls & Ceiling | 57.21  SF Floor |
| 6.36  SY Flooring | 34.35  LF Floor Perimeter |
| 34.35  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 163.  Content Manipulation charge - per hour | 2.00 HR | 0.00 | 52.50 | 0.00 | 21.00 | 126.00 |
| 164.  Mask wall - plastic, paper, tape (per LF) | 34.35 LF | 0.00 | 1.88 | 0.60 | 13.04 | 78.22 |
| 165.  R&R Vanity | 4.00 LF | 11.59 | 244.35 | 49.84 | 214.72 | 1,288.32 |
| 166.  Countertop - solid surface/granite - Detach & reset | 12.00 SF | 0.00 | 44.49 | 0.05 | 106.80 | 640.73 |
| 167.  Sink - undermount - Detach & reset | 1.00 EA | 0.00 | 310.12 | 0.10 | 62.04 | 372.26 |
| 168.  Toilet - Detach & reset | 1.00 EA | 0.00 | 304.44 | 0.55 | 61.00 | 365.99 |
| 169.  R&R Plumbing fixture supply line | 3.00 EA | 7.72 | 23.82 | 1.34 | 19.20 | 115.16 |
| 170.  Towel bar - Detach & reset | 1.00 EA | 0.00 | 21.34 | 0.00 | 4.26 | 25.60 |
| 171.  Clean/disinfect concrete floor - Heavy | 57.21 SF | 0.00 | 0.80 | 0.04 | 9.16 | 54.97 |
| 172.  Apply plant-based anti-microbial agent to the floor | 57.21 SF | 0.00 | 0.34 | 0.19 | 3.94 | 23.58 |
| 173.  Additional labor to remove tile from concrete slab | 57.21 SF | 2.57 | 0.00 | 0.00 | 29.40 | 176.43 |
| 174.  R&R Tile floor covering - High grade | 57.21 SF | 3.86 | 12.47 | 26.29 | 192.10 | 1,152.63 |
| 175.  R&R Baseboard - 5 1/4" | 34.35 LF | 0.78 | 5.66 | 6.30 | 45.50 | 273.01 |
| 176.  Seal & paint baseboard, oversized - three coats | 34.35 LF | 0.00 | 2.75 | 0.65 | 19.04 | 114.15 |
| 177.  R&R 1/2" - drywall per LF - up to 2' tall | 34.35 LF | 3.46 | 13.25 | 3.39 | 115.48 | 692.86 |
| 178.  Texture drywall - smooth / skim coat | 343.53 SF | 0.00 | 1.92 | 2.90 | 132.50 | 794.98 |
| 179.  Texture drywall - machine - knockdown | 343.53 SF | 0.00 | 1.12 | 1.12 | 77.18 | 463.05 |
| 180.  Seal/prime then paint the walls twice (3 coats) | 343.53 SF | 0.00 | 1.58 | 8.26 | 110.22 | 661.26 |
| 181.  Final cleaning - construction - Residential | 57.21 SF | 0.00 | 0.33 | 0.00 | 3.78 | 22.66 |
| Totals:  Bathroom 3 | | | | 101.62 | 1,240.36 | 7,441.86 |



**Compass Estimates**



| **Hallway** | | | | | **Height: 10'** |
|---|---|---|---|---|---|
| 723.49 SF Walls | | | 133.06 SF Ceiling | | |
| 856.55 SF Walls & Ceiling | | | 133.06 SF Floor | | |
| 14.78 SY Flooring | | | 72.35 LF Floor Perimeter | | |
| 72.35 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 182. Content Manipulation charge - per hour | 0.50 | HR | 0.00 | 52.50 | 0.00 | 5.26 | 31.51 |
| 183. Mask wall - plastic, paper, tape (per LF) | 72.35 | LF | 0.00 | 1.88 | 1.27 | 27.46 | 164.75 |
| 184. Clean/disinfect concrete floor - Heavy | 133.06 | SF | 0.00 | 0.80 | 0.09 | 21.32 | 127.86 |
| 185. Apply plant-based anti-microbial agent to the floor | 133.06 | SF | 0.00 | 0.34 | 0.43 | 9.12 | 54.79 |
| 186. R&R Engineered wood flooring | 133.06 | SF | 3.62 | 10.33 | 54.32 | 382.10 | 2,292.61 |
| 187. R&R Baseboard - 5 1/4" | 72.35 | LF | 0.78 | 5.66 | 13.26 | 95.84 | 575.03 |
| 188. Seal & paint baseboard, oversized - three coats | 72.35 | LF | 0.00 | 2.75 | 1.36 | 40.08 | 240.40 |
| 189. R&R 1/2" - drywall per LF - up to 2' tall | 72.35 | LF | 3.46 | 13.25 | 7.15 | 243.22 | 1,459.34 |
| 190. Texture drywall - smooth / skim coat | 723.49 | SF | 0.00 | 1.92 | 6.11 | 279.04 | 1,674.25 |
| 191. Texture drywall - machine - knockdown | 723.49 | SF | 0.00 | 1.12 | 2.35 | 162.54 | 975.20 |
| 192. Seal/prime then paint the walls twice (3 coats) | 723.49 | SF | 0.00 | 1.58 | 17.40 | 232.10 | 1,392.61 |
| 193. Final cleaning - construction - Residential | 133.06 | SF | 0.00 | 0.33 | 0.00 | 8.78 | 52.69 |
| Totals: Hallway | | | | | 103.74 | 1,506.86 | 9,041.04 |
| Total: Main Level | | | | | **2,141.45** | **24,500.18** | **146,999.27** |

| **Exterior** | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 194. Clean with pressure/chemical spray - Heavy | 705.67 SF | 0.00 | 0.65 | 0.46 | 91.84 | 550.99 |
| 195. Pool Cleaning (Acid Wash) and replace pool pump -service components | 1.00 EA | 0.00 | 2,905.39 | 0.00 | 0.00 | 2,905.39 |

Per Invoice Number: 45411 (Reflective Image Pool Service, LLC)

DESIMONE_(FLOOD)                                    12/14/2022              Page: 14



## Compass Estimates



**CONTINUED - Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 196. Coastal Irrigation Plumbing (invoice 46351063) | 1.00 EA | 0.00 | 707.00 | 0.00 | 0.00 | 707.00 |
| 197. 20KW Briggs & Stratton Generator | 1.00 EA | 0.00 | 7,974.00 | 0.00 | 0.00 | 7,974.00 |
| Bo's Electric invoice number: 53725470 | | | | | | |
| 198. Deep clean pool patio stone/travertine tile area | 1.00 EA | 0.00 | 1,259.55 | 0.00 | 0.00 | 1,259.55 |
| Per Grout Magnificent invoice number: 13276 | | | | | | |
| 199. R&R Central air - condenser unit - 5 ton - 16-21 SEER | 1.00 EA | 64.52 | 3,590.06 | 185.85 | 768.10 | 4,608.53 |
| 200. R&R 110 volt copper wiring run, box and outlet | 1.00 EA | 8.27 | 89.92 | 1.28 | 19.90 | 119.37 |
| Totals: Exterior | | | | 187.59 | 879.84 | 18,124.83 |

**Miscellaneous**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 201. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 1,500.00 | 0.00 | 300.00 | 1,800.00 |
| 202. Water Extraction & Remediation (Bid Item) | 1.00 EA | | | | | OPEN ITEM |
| 203. Packout and Moving Expenses | 1.00 EA | | | | | OPEN ITEM |
| 204. Mold Testing and Remediation Services | 1.00 EA | | | | | OPEN ITEM |
| 205. Megohmmeter check electrical circuits - average residence | 1.00 EA | 0.00 | 973.31 | 0.00 | 194.66 | 1,167.97 |
| 206. Electrician - per hour | 8.00 HR | 0.00 | 118.36 | 0.00 | 189.38 | 1,136.26 |
| Replace compromised outlets, wiring, etc. | | | | | | |
| 207. Residential Supervision / Project Management - per hour | 20.00 HR | 0.00 | 62.15 | 0.00 | 248.60 | 1,491.60 |
| Hours allotted for supervision of OSHA standards, general safety, packout, security, equipment & supply/material deliveries, logistics, planning. coordinate & facilitate various inspections, quality control, etc. | | | | | | |
| 208. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 468.00 | 0.00 | 0.00 | 93.60 | 561.60 |
| 209. Material Only Sheathing - plywood - 3/4" CDX | 128.00 SF | 0.00 | 3.34 | 27.79 | 91.06 | 546.37 |
| Wood Sheathing (material only) to help prevent damage to driveway and yard during installation and removal of dumpster. | | | | | | |
| 210. Job-site moving/storage container - 20' long - per month | 2.00 MO | 0.00 | 239.67 | 31.16 | 102.10 | 612.60 |
| 211. Job-site moving container - pick up/del. (ea. way) 12'-20' | 2.00 EA | 0.00 | 102.20 | 13.29 | 43.54 | 261.23 |

DESIMONE_(FLOOD)                                    12/14/2022        Page: 15



**Compass Estimates**

**CONTINUED - Miscellaneous**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 212.  Temporary toilet (per month) | 2.00 MO | 0.00 | 119.00 | 0.00 | 47.60 | 285.60 |
| 213.  Final Job Site Cleanup | 1.00 EA | 0.00 | 450.00 | 29.25 | 95.86 | 575.11 |
| Totals:  Miscellaneous | | | | 101.49 | 1,406.40 | 8,438.34 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 214.  Framing labor minimum | 1.00 EA | 0.00 | 181.49 | 0.00 | 36.30 | 217.79 |
| 215.  Finish hardware labor minimum | 1.00 EA | 0.00 | 44.45 | 0.00 | 8.90 | 53.35 |
| 216.  Door labor minimum | 1.00 EA | 0.00 | 96.67 | 0.00 | 19.34 | 116.01 |
| 217.  Overhead door labor minimum | 1.00 EA | 0.00 | 209.87 | 0.00 | 41.98 | 251.85 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 106.52 | 639.00 |
| **Line Item Totals: DESIMONE_(FLOOD)** | | | | **2,430.53** | **26,892.94** | **174,201.44** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 8,287.09 | SF Walls | 2,854.55 | SF Ceiling | 11,141.64 | SF Walls and Ceiling |
| 2,854.55 | SF Floor | 317.17 | SY Flooring | 849.75 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 886.25 | LF Ceil. Perimeter |
| | | | | | |
| 2,854.55 | Floor Area | 3,053.55 | Total Area | 8,287.09 | Interior Wall Area |
| 3,245.77 | Exterior Wall Area | 296.37 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 160,780.39 | 92.30% | 160,780.39 | 92.30% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 13,421.05 | 7.70% | 13,421.05 | 7.70% |
| Total | 174,201.44 | 100.00% | 174,201.44 | 100.00% |

DESIMONE_(FLOOD)                                    12/14/2022        Page: 16

 **Compass Estimates**

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 131,582.03 |
| Material Sales Tax | 2,356.83 |
| Storage Rental Tax | 44.45 |
| Subtotal | 133,983.31 |
| Overhead | 13,398.54 |
| Profit | 13,398.54 |
| **Replacement Cost Value** | **$160,780.39** |
| **Net Claim** | **$160,780.39** |

DESIMONE_(FLOOD)                                           12/14/2022        Page: 17

 **Compass Estimates**

### Summary for Contents

| | |
|---|---:|
| Line Item Total | 13,295.94 |
| Material Sales Tax | 29.25 |
| Subtotal | 13,325.19 |
| Overhead | 47.93 |
| Profit | 47.93 |
| **Replacement Cost Value** | **$13,421.05** |
| **Net Claim** | **$13,421.05** |

DESIMONE_(FLOOD)                                        12/14/2022        Page: 18

 **Compass Estimates**

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (6.5%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 13,446.47 | 13,446.47 | 2,386.08 | 0.00 | 0.00 | 44.45 |
| **Total** | | | | | | |
| | **13,446.47** | **13,446.47** | **2,386.08** | **0.00** | **0.00** | **44.45** |

DESIMONE_(FLOOD)                                    12/14/2022        Page: 19

 **Compass Estimates**

1    178-DSC00238
     Date Taken: 10/22/2022

     Address Verification



2    1-DSC00061
     Date Taken: 10/22/2022

     Front Elevation



DESIMONE_(FLOOD)                                    12/14/2022        Page: 20



**Compass Estimates**

3    4-DSC00064
     Date Taken: 10/22/2022

     Front Elevation



4    166-DSC00226
     Date Taken: 10/22/2022

     Front Elevation



 **Compass Estimates**

5   199-DSC00259
Date Taken: 10/22/2022

Rear Elevation



6   158-DSC00218
Date Taken: 10/22/2022

Right Side Elevation



DESIMONE_(FLOOD)                                      12/14/2022     Page: 22

**Compass Estimates**

7    179-DSC00239
     Date Taken: 10/22/2022

     Left Side Elevation



8    197-DSC00257
     Date Taken: 10/22/2022

     Left Side Elevation





**Compass Estimates**

9   26-DSC00086
    Date Taken: 10/22/2022

    Water line on interior of dwelling



10  27-DSC00087
    Date Taken: 10/22/2022

    Water line on interior of dwelling



DESIMONE_(FLOOD)                                    12/14/2022      Page: 24



**Compass Estimates**

11   28-DSC00088
     Date Taken: 10/22/2022

     Water line on interior of dwelling



12   25-DSC00085
     Date Taken: 10/22/2022

     Water line on interior of dwelling





**Compass Estimates**

13  29-DSC00089
    Date Taken: 10/22/2022

Water line on interior of dwelling



14  56-DSC00116
    Date Taken: 10/22/2022

Example of muck from catagory 3
flood water which the floor tiles were
submerged in





**Compass Estimates**

15    57-DSC00117
       Date Taken: 10/22/2022

       Example of muck from catagory 3
       flood water which the floor tiles were
       submerged in



16    59-DSC00119
       Date Taken: 10/22/2022

       Example of muck from catagory 3
       flood water which the floor tiles were
       submerged in



DESIMONE_(FLOOD)                                          12/14/2022        Page: 27



**Compass Estimates**

17   60-DSC00120
     Date Taken: 10/22/2022

     Example of muck from catagory 3
     flood water which the floor tiles were
     submerged in



18   61-DSC00121
     Date Taken: 10/22/2022

     Example of muck from catagory 3
     flood water which the floor tiles were
     submerged in





**Compass Estimates**

19   62-DSC00122
Date Taken: 10/22/2022

Example of muck from catagory 3
flood water which the floor tiles were
submerged in



20   23-DSC00083
Date Taken: 10/22/2022

In floor electrical outlet damaged as a
result of floor being submerged in
flood waters



DESIMONE_(FLOOD)                                    12/14/2022      Page: 29



## Compass Estimates

21  24-DSC00084
Date Taken: 10/22/2022

In floor electrical outlet damaged as a result of floor being submerged in flood waters



22  5-DSC00065
Date Taken: 10/22/2022

Example water damaged baseboards, lower drywall, and visible mold growth as a result of flood water saturation





**Compass Estimates**

23  7-DSC00067
    Date Taken: 10/22/2022

    Example water damaged baseboards,
    lower drywall, and visible mold
    growth as a result of flood water
    saturation



24  8-DSC00068
    Date Taken: 10/22/2022

    Example water damaged baseboards,
    lower drywall, and visible mold
    growth as a result of flood water
    saturation





**Compass Estimates**

25   9-DSC00069
Date Taken: 10/22/2022

Example water damaged baseboards,
lower drywall, and visible mold
growth as a result of flood water
saturation



26   12-DSC00072
Date Taken: 10/22/2022

Example water damaged baseboards,
lower drywall, and visible mold
growth as a result of flood water
saturation



DESIMONE_(FLOOD)                                    12/14/2022        Page: 32



**Compass Estimates**

27    13-DSC00073
Date Taken: 10/22/2022

Example water damaged baseboards,
lower drywall, and visible mold
growth as a result of flood water
saturation



28    14-DSC00074
Date Taken: 10/22/2022

Example water damaged baseboards,
lower drywall, and visible mold
growth as a result of flood water
saturation



eFiled Lee County Clerk of Courts Page 38



**Compass Estimates**

29    15-DSC00075
Date Taken: 10/22/2022

Example water damaged baseboards, lower drywall, and visible mold growth as a result of flood water saturation



30    30-DSC00090
Date Taken: 10/22/2022

Example water damaged baseboards, lower drywall, and visible mold growth as a result of flood water saturation



DESIMONE_(FLOOD)                                    12/14/2022        Page: 34



**Compass Estimates**

31   32-DSC00092
     Date Taken: 10/22/2022

     Example water damaged baseboards,
     lower drywall, and visible mold
     growth as a result of flood water
     saturation



32   33-DSC00093
     Date Taken: 10/22/2022

     Example water damaged baseboards,
     lower drywall, and visible mold
     growth as a result of flood water
     saturation



DESIMONE_(FLOOD)                                          12/14/2022      Page: 35



**Compass Estimates**

33   21-DSC00081
Date Taken: 10/22/2022

Example water damaged baseboards,
lower drywall, and visible mold
growth as a result of flood water
saturation



34   34-DSC00094
Date Taken: 10/22/2022

Example water damaged baseboards,
lower drywall, and visible mold
growth as a result of flood water
saturation





**Compass Estimates**

35    35-DSC00095
      Date Taken: 10/22/2022

Example water damaged baseboards,
lower drywall, and visible mold
growth as a result of flood water
saturation



36    16-DSC00076
      Date Taken: 10/22/2022

Office - wood flooring was torn out as
a result of being saturated by flood
waters



DESIMONE_(FLOOD)                                                    12/14/2022        Page: 37



## Compass Estimates

37  22-DSC00082
Date Taken: 10/22/2022

Office - wood flooring was torn out as
a result of being saturated by flood
waters



38  17-DSC00077
Date Taken: 10/22/2022

Office - wood flooring was torn out as
a result of being saturated by flood
waters





**Compass Estimates**

39  18-DSC00078
Date Taken: 10/22/2022

Office - wood flooring was torn out as
a result of being saturated by flood
waters



40  19-DSC00079
Date Taken: 10/22/2022

Office - wood flooring was torn out as
a result of being saturated by flood
waters





**Compass Estimates**

41  20-DSC00080
Date Taken: 10/22/2022

Office - wood flooring was torn out as
a result of being saturated by flood
waters



42  31-DSC00091
Date Taken: 10/22/2022

Breakfast Nook



DESIMONE_(FLOOD)                                    12/14/2022        Page: 40

**Compass Estimates**

43   46-DSC00106
Date Taken: 10/22/2022

Hallway flooring was removed as a
result of being saturated by flood
waters



44   44-DSC00104
Date Taken: 10/22/2022

Hallway flooring was removed as a
result of being saturated by flood
waters



DESIMONE_(FLOOD)                                    12/14/2022      Page: 41



**Compass Estimates**

45  45-DSC00105
Date Taken: 10/22/2022

Hallway flooring was removed as a
result of being saturated by flood
waters



46  50-DSC00110
Date Taken: 10/22/2022

Hallway flooring was removed as a
result of being saturated by flood
waters



DESIMONE_(FLOOD)                                              12/14/2022      Page: 42

**Compass Estimates**

47  55-DSC00115
Date Taken: 10/22/2022

Hallway flooring was removed as a
result of being saturated by flood
waters



48  51-DSC00111
Date Taken: 10/22/2022

Bedroom flooring torn out as a result
of being saturated by flood waters





**Compass Estimates**

49   52-DSC00112
     Date Taken: 10/22/2022

     Bedroom flooring torn out as a result
     of being saturated by flood waters



50   53-DSC00113
     Date Taken: 10/22/2022

     Bedroom flooring torn out as a result
     of being saturated by flood waters





**Compass Estimates**

51   54-DSC00114
Date Taken: 10/22/2022

Bedroom flooring torn out as a result
of being saturated by flood waters



52   81-DSC00141
Date Taken: 10/22/2022

Master Bedroom - flooring torn out as
a result of being saturated by flood
waters





**Compass Estimates**

53    82-DSC00142
      Date Taken: 10/22/2022

      Master Bedroom - flooring torn out as
      a result of being saturated by flood
      waters



54    83-DSC00143
      Date Taken: 10/22/2022

      Master Bedroom - flooring torn out as
      a result of being saturated by flood
      waters





**Compass Estimates**

55  84-DSC00144
Date Taken: 10/22/2022

Master Bedroom - flooring torn out as
a result of being saturated by flood
waters



56  85-DSC00145
Date Taken: 10/22/2022

Master Bedroom - flooring torn out as
a result of being saturated by flood
waters



DESIMONE_(FLOOD)                                    12/14/2022    Page: 47



**Compass Estimates**

57    86-DSC00146
      Date Taken: 10/22/2022

      Master Bedroom - flooring torn out as
      a result of being saturated by flood
      waters



58    92-DSC00152
      Date Taken: 10/22/2022

      Master Bedroom Closet





**Compass Estimates**

59  93-DSC00153
Date Taken: 10/22/2022

Master Bedroom Closet



60  94-DSC00154
Date Taken: 10/22/2022

Master Bedroom Closet





**Compass Estimates**

61    95-DSC00155
      Date Taken: 10/22/2022

      Master Bedroom Closet



62    48-DSC00108
      Date Taken: 10/22/2022

      Bathroom





**Compass Estimates**

63 49-DSC00109
Date Taken: 10/22/2022

Bathroom



64 64-DSC00124
Date Taken: 10/22/2022

Bathroom





## Compass Estimates

65    65-DSC00125
      Date Taken: 10/22/2022

      *Bathroom - Example of compromised
      vanity, baseboards, lower drywall as a
      result of saturation by flood waters*



66    66-DSC00126
      Date Taken: 10/22/2022

      *Bathroom - Example of compromised
      vanity, baseboards, lower drywall as a
      result of saturation by flood waters*





**Compass Estimates**

67  67-DSC00127
Date Taken: 10/22/2022

Bathroom - Example of compromised
vanity, baseboards, lower drywall as a
result of saturation by flood waters



68  68-DSC00128
Date Taken: 10/22/2022

Bathroom - Example of compromised
vanity, baseboards, lower drywall as a
result of saturation by flood waters



eFiled Lee County Clerk of Courts Page 58



**Compass Estimates**

69  69-DSC00129
    Date Taken: 10/22/2022

    Bathroom - Example of compromised
    vanity, baseboards, lower drywall as a
    result of saturation by flood waters



70  87-DSC00147
    Date Taken: 10/22/2022

    Bathroom





**Compass Estimates**

71  88-DSC00148
Date Taken: 10/22/2022

Bathroom



72  96-DSC00156
Date Taken: 10/22/2022

Bathroom





**Compass Estimates**

73   89-DSC00149
Date Taken: 10/22/2022

Bathroom - Example of compromised
vanity, baseboards, lower drywall as a
result of saturation by flood waters



74   90-DSC00150
Date Taken: 10/22/2022

Bathroom - Example of compromised
vanity, baseboards, lower drywall as a
result of saturation by flood waters





## Compass Estimates

75   91-DSC00151
Date Taken: 10/22/2022

Bathroom



76   245-DSC00305
Date Taken: 10/22/2022

Great Room



DESIMONE_(FLOOD)                                                    12/14/2022      Page: 57



**Compass Estimates**

77   246-DSC00306
Date Taken: 10/22/2022

Great Room



78   247-DSC00307
Date Taken: 10/22/2022

Great Room





**Compass Estimates**

79   248-DSC00308
Date Taken: 10/22/2022

Example of flooring torn out in office
and hallway as a result of saturation
by flood waters



80   249-DSC00309
Date Taken: 10/22/2022

Example of flooring torn out in office
and hallway as a result of saturation
by flood waters





**Compass Estimates**

81   250-DSC00310
     Date Taken: 10/22/2022

     Foyer



82   11-DSC00071
     Date Taken: 10/22/2022

     Dining Room



DESIMONE_(FLOOD)                                        12/14/2022      Page: 60



## Compass Estimates

83   70-DSC00130
Date Taken: 10/22/2022

Kitchen



84   71-DSC00131
Date Taken: 10/22/2022

Kitchen





**Compass Estimates**

85   72-DSC00132
     Date Taken: 10/22/2022

     Kitchen



86   73-DSC00133
     Date Taken: 10/22/2022

     Kitchen - Example of damage to base
     cabinets as a result of flood water
     intrusion





**Compass Estimates**

87  74-DSC00134
Date Taken: 10/22/2022

Kitchen - Example of damage to base
cabinets as a result of flood water
intrusion



88  75-DSC00135
Date Taken: 10/22/2022

Kitchen - Example of damage to base
cabinets as a result of flood water
intrusion





**Compass Estimates**

89  76-DSC00136
Date Taken: 10/22/2022

Kitchen - Example of damage to base
cabinets as a result of flood water
intrusion



90  77-DSC00137
Date Taken: 10/22/2022

Kitchen - Example of damage to base
cabinets as a result of flood water
intrusion



 **Compass Estimates**

91   79-DSC00139
Date Taken: 10/22/2022

Kitchen - Example of damage to base
cabinets as a result of flood water
intrusion



92   80-DSC00140
Date Taken: 10/22/2022

Kitchen - Example of damage to base
cabinets as a result of flood water
intrusion





**Compass Estimates**

93   98-DSC00158
Date Taken: 10/22/2022

Laundry



94   105-DSC00165
Date Taken: 10/22/2022

Garage





**Compass Estimates**



95   106-DSC00166
     Date Taken: 10/22/2022

     Garage -Storage Closet



96   107-DSC00167
     Date Taken: 10/22/2022

     Garage - example of muck from flood
     water intrusion



DESIMONE_(FLOOD)                                    12/14/2022      Page: 67



**Compass Estimates**

97    108-DSC00168
      Date Taken: 10/22/2022

      Garage - example of muck from flood
      water intrusion



98    110-DSC00170
      Date Taken: 10/22/2022

      Garage - example of muck from flood
      water intrusion





**Compass Estimates**

99  114-DSC00174
   Date Taken: 10/22/2022

   Garage - example of muck from flood
   water intrusion



100  116-DSC00176
   Date Taken: 10/22/2022

   Garage - example of muck from flood
   water intrusion





**Compass Estimates**

101  180-DSC00240
     Date Taken: 10/22/2022

     Damaged generator



102  181-DSC00241
     Date Taken: 10/22/2022

     Damaged generator





**Compass Estimates**

103  182-DSC00242
Date Taken: 10/22/2022

Damaged generator



104  183-DSC00243
Date Taken: 10/22/2022

Damaged generator





**Compass Estimates**

105  223-DSC00283
Date Taken: 10/22/2022

Damaged exterior garage door



106  226-DSC00286
Date Taken: 10/22/2022

Damaged exterior garage door





**Compass Estimates**

107  224-DSC00284
　　　Date Taken: 10/22/2022

　　　Damaged exterior garage door



108  225-DSC00285
　　　Date Taken: 10/22/2022

　　　Damaged exterior garage door





**Compass Estimates**

109  229-DSC00289
Date Taken: 10/22/2022

Damaged pool heater



110  230-DSC00290
Date Taken: 10/22/2022

Damaged pool heater



 **Compass Estimates**

111  231-DSC00291
Date Taken: 10/22/2022

Damaged pool heater



112  232-DSC00292
Date Taken: 10/22/2022

Damaged pool heater





**Compass Estimates**

113  233-DSC00293
Date Taken: 10/22/2022

Damaged pool heater



114  234-DSC00294
Date Taken: 10/22/2022

Damaged pool heater



**Compass Estimates**



115  235-DSC00295
Date Taken: 10/22/2022

Damaged pool heater



116  236-DSC00296
Date Taken: 10/22/2022

Damaged pool heater





**Compass Estimates**

117  213-DSC00273
Date Taken: 10/22/2022

Damaged electrical components



118  214-DSC00274
Date Taken: 10/22/2022

Damaged electrical components





**Compass Estimates**



119  215-DSC00275
Date Taken: 10/22/2022

Damaged electrical components



120  237-DSC00297
Date Taken: 10/22/2022

Damaged electrical components





**Compass Estimates**

121  238-DSC00298
Date Taken: 10/22/2022

Damaged electrical components



122  242-DSC00302
Date Taken: 10/22/2022

Damaged electrical components





**Compass Estimates**

123  243-DSC00303
Date Taken: 10/22/2022

Damaged electrical components



Bedroom 3

Closet  (1)

Bathroom 2

Bathroom 2

Hallway

Great Room

Closet  (1)

Bedroom 2

Office

Dining Room

Kitchen/Nook

Master Bedroom

Master Closet  (1)

Water Closet  (1)

Master Bathroom

Laundry Room

Garage Closet  (1)

Garage



N

Main Level

DESIMONE_(FLOOD)

12/14/2022     Page: 82